IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                                  CIV 06-0712 RB/KBM
                                                    CR 03-1838 RB

RUPERT LENNON, JR.,

    Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed her proposed findings on December 22, 2006 and recommended that this action for return of property under FED. R. CRIM. P. 41(g) be dismissed with prejudice.  *See Doc. 9.*  The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review.  To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

    Wherefore,

    **IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 9)* is ADOPTED and this action is dismissed with prejudice.

    **IT IS FURTHER ORDERED** that a final order enter concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE